IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 4:11CR41 |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| TERRY L. HOWARD ) | |
| VICTOR S. ZUNIGA-VALENCIA, ) | |
| ) | |
| Defendant. ) | |

This matter is before me on the government's Motion to Dismiss Forfeiture Allegation, filing 27, contained within the Indictment and to withdraw the oral Motion to Dismiss the Forfeiture Allegation (docket entries 24 and 26). I find the motions should be granted.

IT IS ORDERED as follows:

1. the government's Motion to Dismiss the Forfeiture Allegation, filing 27, is granted and the Forfeiture Allegation contained in the Indictment for $1425.00 from Victor Zuniga-Valencia and $400 from Terry Howard is dismissed; and

2. the government's request to withdraw its oral Motion to Dismiss the Forfeiture Allegation, (docket entries 24 and 26) is granted.

Dated March 21, 2011.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge