IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR41 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| VICTOR S. ZUNIGA-VALENCIA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the trial of this case, currently scheduled for May 9, 2011, is continued pending resolution of defendant's motion to suppress.

DATED this 27th day of April, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge